

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00560-CR

Vernon **TRAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Teri Thomas Nunley's Notification of Late Reporter's Record is hereby GRANTED. The reporter's record is due December 1, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_____
Keith E. Hottle
Clerk of Court